IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  CHAMELLE JEFFERSON | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO. 15-18573JKF |

## ORDER

AND NOW, this 4th day of January , 2017, it is hereby ORDERED that the Stipulation in Settlement of Debtor's Objection to Proof of Claim #7 of U.S. Bank National Association, Trustee for Pennsylvania Housing Finance Agency (Docket Entry No. 42) is hereby approved.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

SERVICE LIST:

KML LAW GROUP, P.C.
Thomas Puleo, Esquire
The BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Zachary Perlick, Esquire
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

CHAMELLE JEFFERSON
1614 W. Godfrey Ave.
Philadelphia, PA 19141-1926