United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-18573-jkf
Chamelle Jefferson                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: PaulP | Page 1 of 1 | Date Rcvd: Jan 04, 2017 |
|---|---|---|---|
|  | Form ID: pdf900 | Total Noticed: 1 |  |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.
db        Chamelle Jefferson,   1614 W. Godfrey Avenue,   Philadelphia, PA  19141-1926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:
      JASON BRETT SCHWARTZ   on behalf of Creditor   Portfolio Recovery Associates, LLC
        jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
       dmaurer@pkh.com
      THOMAS I. PULEO   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
      ZACHARY  PERLICK   on behalf of Debtor Chamelle  Jefferson Perlick@verizon.net,
       pireland1@verizon.net
                                                  TOTAL: 7

```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHAMELLE JEFFERSON     :    CHAPTER 13
                                :
                                :
         DEBTOR                 :    BANKRUPTCY NO. 15-18573JKF
```

<u>ORDER</u>

AND NOW, this 4th day of January , 2017, it is hereby ORDERED that the Stipulation in Settlement of Debtor's Objection to Proof of Claim #7 of U.S. Bank National Association, Trustee for Pennsylvania Housing Finance Agency (Docket Entry No. 42) is hereby approved.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

SERVICE LIST:

KML LAW GROUP, P.C.
Thomas Puleo, Esquire
The BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

Zachary Perlick, Esquire
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

CHAMELLE JEFFERSON
1614 W. Godfrey Ave.
Philadelphia, PA 19141-1926