IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      CHAMELLE JEFFERSON     :     CHAPTER 13
:
:
DEBTOR     :     BANKRUPTCY No. 15-18573 JKF

### AMENDED ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $7,390.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $  500.00 |
| Net amount to be paid by Trustee | $6,910.00 |

The net amount is payable in accordance with the Debtor's Chapter 13 Plan.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: March 16, 2017

cc:    William C. Miller, Trustee
       PO Box 40119
       Philadelphia, PA 19106



       Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA  19102
       (215) 569-2922