# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18573-JKF

CHAMELLE JEFFERSON

1614 W. GODFREY AVENUE

PHILADELPHIA, PA 19141-1926

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHAMELLE JEFFERSON

    1614 W. GODFREY AVENUE

    PHILADELPHIA, PA 19141-1926

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                                    /S/ William C. Miller

Date: 3/17/2017                                       _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee