United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Chamelle Jefferson  
    Debtor

Case No. 15-18573-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 16, 2017  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.  
db    Chamelle Jefferson,   1614 W. Godfrey Avenue,   Philadelphia, PA  19141-1926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:

    JASON BRETT SCHWARTZ   on behalf of Creditor   Portfolio Recovery Associates, LLC  
     jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com  
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
     PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
    LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,  
     dmaurer@pkh.com  
    THOMAS I. PULEO   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
     PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com  
    ZACHARY PERLICK   on behalf of Debtor Chamelle  Jefferson Perlick@verizon.net,  
     pireland1@verizon.net

    TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     CHAMELLE JEFFERSON     :     CHAPTER 13
:
:
           DEBTOR                 :     BANKRUPTCY No. 15-18573 JKF

## AMENDED ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $7,390.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $  500.00 |
| Net amount to be paid by Trustee | $6,910.00 |

The net amount is payable in accordance with the Debtor's Chapter 13 Plan.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: March 16, 2017

cc:    William C. Miller, Trustee
       PO Box 40119
       Philadelphia, PA 19106



       Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA  19102
       (215) 569-2922