United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-18573-elf
Chamelle Jefferson                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: Dec 06, 2017
                             Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
db            Chamelle Jefferson,   1614 W. Godfrey Avenue,   Philadelphia, PA 19141-1926
cr           +Pennsylvania Housing Finance Agency,   c/o Leon P. Haller, Esq.,   1719 North Front Street,
               Harrisburg, PA 17102-2305
13640878     +P.G.W.,   800 W. Montgomery Ave.,   Philadelphia, PA 19122-2898
13640879     +PECO Bankruptcy Collections,   2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
13788446     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   PHFA Loan Servicing Division,
               211 North Front Street,   Harrisburg, PA 17101-1466
13761404      U.S. Bank, Trustee for Pennsylvania Housing Financ,   211 N. Front Street,   PO Box 15206,
               Harrisburg, PA 17105-5206
13640882      Water Revenue Bureau,   1401 J.F.K. Blvd.,   Philadelphia, PA 19102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:47     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2017 01:35:19     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2017 01:35:42     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13723844      E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:48     City of Philadelphia,
               Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13640877     +E-mail/Text: bankruptcy@consumerportfolio.com Dec 07 2017 01:35:38     Consumer Portfolio,
               PO Box 57071,   Irvine, CA 92619-7071
13665211     +E-mail/Text: bankruptcygroup@peco-energy.com Dec 07 2017 01:35:13     PECO Energy Company,
               Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13650010      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 01:45:14
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13640880      E-mail/Text: blegal@phfa.org Dec 07 2017 01:35:33     Pennsylvania Housing Finance Agency,
               211 N. Front Street,   P.O. Box 15206,   Harrisburg, PA 17105-5206
13640881     +E-mail/Text: jerome.smalls@ogc.upenn.edu Dec 07 2017 01:36:02
               University of Pennsylvania Hospital,   3400 Spruce Street,   Philadelphia, PA 19104-4274
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Dec 06, 2017
                              Form ID: pdf900          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY   PERLICK    on behalf of Debtor Chamelle  Jefferson Perlick@verizon.net,
           pireland1@verizon.net
                                                                                      TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHAMELLE JEFFERSON | Chapter 13 |
| Debtor | Bankruptcy No. 15-18573-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

  **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

**Date: December 6, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
CHAMELLE JEFFERSON

1614 W. GODFREY AVENUE

PHILADELPHIA, PA 19141-1926